# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-cr-81 |
| v. ) | |
| ) | Judge Mattice/Steger |
| CARLTON HOOD ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 20] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to count one of the one count Indictment; (2) accept Defendant's guilty plea as to count one of the one count Indictment; (3) adjudicate Defendant guilty of being a felon in possession of a firearm, which had been transported in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 20] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to count one of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to count one of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of being a felon in possession of a firearm and ammunition, which had been transported in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on November 27, 2017, at 9:00 a.m. before the undersigned.

**SO ORDERED.**

    */s/ Harry S. Mattice, Jr.*
    HARRY S. MATTICE, JR.
    UNITED STATES DISTRICT JUDGE